## Chicago Housing Authority, Appellant, v. Elizabeth Ivory, Appellee.

### Gen. No. 45,061.

Heard in the second division, first district, this court at the February term, 1950. Edward J. Fruchtman and Kathryn Kula, for appellant; Gassaway, Crosson, Turner & Parsons, for appellee; James D. Crosson, of counsel. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed June 20, 1950; released for publication July 14, 1950.